1  JAMES S. THOMSON
   California SBN 79658
2  Attorney and Counselor at Law
   819 Delaware Street
3  Berkeley, California 94710
   Telephone: (510) 525-9123
4  Facsimile:  (510) 525-9124

5  Attorney for Defendant
   DAVID GASTELUM
6

7
                IN THE UNITED STATES DISTRICT COURT
8
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                      SAN FRANCISCO DIVISION
10

11 UNITED STATES OF AMERICA,       )   Case No. CR-3:15-00018-WHO-3
                                   )
12        Plaintiff,                )
                                   )   STIPULATION AND [PROPOSED]
13                                 )   ORDER CONTINUING SENTENCING
   vs.                             )   HEARING
14                                 )
                                   )
15                                 )
   DAVID GASTELUM,                 )   Court: Hon. William H. Orrick
16                                 )   Date:  December 3, 2015
        Defendant.                 )   Time:  1:30P.M.
17                                 )
   _____ )
18                                 )

19      Defendants David Gastelum and Erick Rodriguez-Vega, and the United States, by their

20 respective attorneys, jointly request and stipulate pursuant to Criminal Local Rule 32-2 that this

21 Court vacate the sentencing hearing scheduled for December 3, 2015 at 1:30 p.m. and continue

22 the hearing to January 14, 2016 at 1:30 p.m.  United States Probation Officer Emily Libby agrees

23 with this stipulation.

24      On August 13, 2015, defendants Gastelum and Rodriguez-Vega plead guilty to charges

25 alleged in the Superseding Indictment.  That same day, this Court scheduled sentencing to take

26 place on December 3, 2015 at 1:30 p.m.

27      The parties are seeking a continuance so counsel for defendant Gastelum can complete

28 the second phase of a capital habeas *Atkins v. Virginia*, 536 U.S. 304 (2002) intellectual

1

disability evidentiary hearing. In re Noel Jackson, Riverside Superior Court Case No. RIC-475367. The first phase of the evidentiary hearing began on September 28, 2015 and ended on October 8, 2015. The second phase of the evidentiary hearing is scheduled to begin on December 1, 2015 and conclude on December 9, 2015. The week of December 1, 2015 was the only time period where the Court, the prosecutors and the expert witnesses were available.

WHEREAS the parties wish to continue defendants' sentencing date to January 14, 2015;

WHEREAS the parties, their counsel, and the U.S. Probation Officer assigned to this action are each agreeable to and available for a sentencing hearing on January 14, 2016;

WHEREAS the parties have conferred with the Courtroom Deputy Clerk and confirmed that January 14, 2016 is available on this Court's calendar.

THEREFORE, the parties hereby stipulate and agree, with the Court's approval, to continue the sentencing date scheduled for December 3, 2015, to January 14, 2016 at 1:30 p.m.

Respectfully submitted,

DATED: October 23, 2015

*/s/ Frank Riebli*
Frank Riebli
Assistant United States Attorney

DATED: October 23, 2015

*/s/ James Thomson*
James S. Thomson
Attorney for Defendant David Gastelum

DATED: October 23, 2015

*/s/ Jai Gohel*
Jai Gohel
Attorney for Defendant Erick Rodriguez-Vega

2

ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing scheduled for defendants, David Gastelum and Erick Rodriguez-Vega, on December 3, 2015 at 1:30 p.m. is CONTINUED to January 14, 2016 at 1:30 p.m.

DATED: October 26, 2015

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge